GOLDBERG SEGALLA LLP
P.O. Box 17220
Los Angeles, CA 90017
213-415-7200

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIZA ZAMORA,<br><br>    Plaintiff,<br><br>v.<br><br>VICTORIA SECRETS STORES, LLC and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No. 8:23-cv-01679-KK-DFM<br><br>[~~PROPOSED~~] ORDER ON STIPULATED PROTECTIVE ORDER |

Pursuant to the parties' Stipulation filed March 7, 2024, and as required by Local Rule 7-1, the Parties' Protective Order is hereby granted and made effective as of the date below. **IT IS SO ORDERED.**

Dated: March 11, 2024

_____
Douglas F. McCormick
United States Magistrate Judge

-1-