Daniel Setareh, Esq. [SBN 251448]
LaShon Harris, Esq. [SBN 257578]
SETAREH LAW, APLC
8484 Wilshire Blvd., Suite 870
Beverly Hills, CA 90211
Tel: (310) 659-1826
Fax: (310) 507-7909
E-mail: daniel@setarehfirm.com; lashon@setarehfirm.com

Attorneys for Plaintiff, MARIZA ZAMORA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIZA ZAMORA,<br><br>    Plaintiff,<br><br>vs.<br><br>VICTORIA'S SECRET STORES, LLC and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 8:23-cv-01679-KK-DFM<br><br><u>Assigned For All Purposes To:</u><br>Hon. Kenly Kiya Kato, Courtroom 3 (3rd Floor – George E. Brown, Jr. United States Courthouse)<br><br>**ORDER OF DISMISSAL** |

///
///
///
///
///

---

1
**ORDER OF DISMISSAL**

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: October 9, 2024

_____
HON. KENLY KIYA KATO
United States District Judge